IRENE KARBELASHVILI, Esq. (SBN 232223)
IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALLACCESS LAW GROUP
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
irene@allaccesslawgroup.com
irakli@allaccesslawgroup.com

Attorneys for Plaintiff VALENTINA RYSS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINA RYSS,<br><br>    Plaintiff,<br><br>vs.<br><br>LOBAN MAPLE LEAF PROPERTIES, LP; LOBAN MAPLE LEAF MANAGEMENT, LLC,<br><br>    Defendants | Case No. 5:23-cv-05072-NC<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

Plaintiff VALENTINA RYSS ("Plaintiff") and Defendants LOBAN MAPLE LEAF PROPERTIES, LP; LOBAN MAPLE LEAF MANAGEMENT, LLC ("Defendants") stipulate and request that this action be dismissed in its entirety with prejudice in accordance with Fed. R. Civ. 41(a)(2) The parties also request that the Court retain jurisdiction over the settlement agreement in accordance with General Order No. 56.

Respectfully submitted,

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE

1

| | | |
|---|---|---|
| Date: July 31, 2024 | | */s/ Irakli Karbelashvili* |
| | | By IRAKLI KARBELASHVILI, Esq. |
| | | Attorney for Plaintiff |
| | | VALENTINA RYSS |

| | | |
|---|---|---|
| Date: July 31, 2024 | | */s/ Cris Vaughan* |
| | | By CRIS VAUGHAN, Esq. |
| | | Attorney for Defendants |
| | | LOBAN MAPLE LEAF PROPERTIES, LP; |
| | | LOBAN MAPLE LEAF MANAGEMENT, LLC |

### **Filer's Attestation**

    I, Irakli Kabelashvili, attest that I received concurrence from the signatories in the filing of this document.

    */s/ Irakli Karbelashvili*
    Irakli Karbelashvili

**ORDER**

Having reviewed the parties' stipulation, and good cause appearing, this case is dismissed in its entirety with prejudice. The Court retains jurisdiction over the parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: August 2, 2024



Hon. Na[thanael M. Cousins]
United S[tates Magistrate Judge]